Date: 06/30/10  DIVIDENDS REMITTED TO THE COURT  # 150568  Page:

Case Number 08-13589 - BOBINSKI, MICHELE

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 000006 | 446.29 | 1.21 | ck106 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>ACCOUNT NO 6507 | 000007 | 1,832.64 | 4.98 | ck107 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>ACCOUNT NO. 3203 | 000008 | 716.67 | 1.95 | ck108 |
| ---------- Remittance Total --------------- | | 2,995.60 | 8.14 | |

*signature*
RICHARD A. BAUMGART, Trustee

Printed: 06/30/10 01:21 PM   Ver: 15.09